ANGELO MAMMANA, as Administrator of the Estate of JOSEPH MAMMANA, Deceased, Respondent, *v.* VILLAGE OF BROCTON, Appellant.

(Argued June 12, 1930; decided July 8, 1930.)

*William S. Stearns* for appellant.

*W. Bartlett Sumner* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.